# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **PRINCETON S. VALLO** <br> **DOC# 130190/545296** | **CIVIL ACTION NO.  2:17CV0720** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **KEITH COOLEY, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 17] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure.

Monroe, Louisiana, this 3rd day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE